IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:03cr267-MHT** |
| | ) | (WO) |
| **ADRIAN MOULTRY** | ) | |

OPINION AND ORDER

It is ORDERED that defendant Adrian Moultry's motion for early termination of supervised release (doc. no. 130) is denied with leave to renew after an additional year of compliance.

For the most part, Moultry has done well on supervised release, maintaining stable employment and remaining drug free. However, he had two noncompliance issues early in his term of supervised release, which led to the filing of a status report (doc. no. 129) with the court. Therefore, while the court was open to considering termination of Moultry's supervised release after only a year, termination is not warranted at this time.

However, the court is open to reconsidering early termination after an additional period of compliance,

for the following reason. Moultry originally was sentenced to 192 months' imprisonment followed by five years of supervised release, but his sentence of imprisonment was later reduced to 60 months. Had the court initially sentenced him to only 60 months' imprisonment, it likely would have imposed a term of only three years of supervised release. Therefore, although Moultry has served only one year, or 20 %, of his five-year term of supervised release, the court weighs that year as more akin to one third of his term of supervised release.

DONE, this the 8th day of August, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**