IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:03cr267-MHT |
| | ) | (WO) |
| ADRIAN MOULTRY | ) | |

## ORDER

Upon consideration of defendant Adrian Moultry's motion for early termination of supervised release (doc. no. 138) and the probation department and government's recommendations that the motion be granted (doc. nos. 140 & 141), and based upon Moultry's consistent employment, his consistently negative drug test results, and his success in reintegrating himself into the community, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Adrian Moultry's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 20th day of August, 2018.

                                              /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**